UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-042 |
| | § | |
| AMERICAN FAMILY LIFE | § | |
| ASSURANCE COMPANY OF COLUMBUS, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT AFLAC'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

NOW COMES Defendant American Family Life Assurance Company of Columbus ("AFLAC"), the defendant in the above-entitled and referenced cause, and, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure states that AFLAC is a wholly-owned subsidiary of a publicly traded company, AFLAC Incorporated.

Respectfully submitted,

By: _____
William B. Steele III
State Bar No. 19107400
Southern Dist. No. 8019
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701
512-305-4700
512-305-4800 (fax)

ATTORNEYS FOR AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served via certified mail, return receipt requested, on this 1st day of March, 2004 upon the following counsel of record:

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

_____
William B. Steele III