United States District Court
Southern District of Texas
FILED

MAR 0 8 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 04 - 042 |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC) | § | |

## PLAINTIFF'S CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW **DINO X. CHAVEZ,** Plaintiff herein and files this his Certificate of Disclosure of Interested Parties in the outcome of this litigation as follows:

(1) **Plaintiff**
Dino X. Chavez

**Plaintiff's counsel:**
J. Arnold Aguilar
LAW OFFICE J. ARNOLD AGUILAR
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, TX  78520

(2)    **Defendant**
American Family Life Assurance Company of Columbus (AFLAC)

**Defendant's counsel:**
Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

(3)    Defendant has not yet identified insurance carrier or risk pool association.

Signed on this the ___5th___ day of March, 2004.

                        Respectfully submitted,

                        **LAW OFFICE**
                        **J. ARNOLD AGUILAR**
                        Artemis Square, Suite H-2
                        1200 Central Boulevard
                        Brownsville, Texas  78520
                        Telephone    :  (956) 504-1100
                        Facsimile     :  (956) 504-1408

By: _____
     J. Arnold Aguilar
     State Bar No. 00936270
     Federal Adm. No. 6822

     Attorney for Plaintiff,
     DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S CERTIFICATE OF DISCLOSURE OF INTERESTED PARTIES** has on this the _8th_ day of March, 2004, been forwarded via certified mail, return receipt requested to:

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

_____
J. Arnold Aguilar