UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 6 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| DINO X. CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-042 |
| | § | |
| AMERICAN FAMILY LIFE | § | |
| ASSURANCE COMPANY OF COLUMBUS, | § | |
| | § | |
| Defendant. | § | |

## DEFENDANT'S CERTIFICATE OF DISCLOSURE
## OF INTERESTED PARTIES

TO THE HONORABLE U.S. DISTRICT COURT:

Subject to its Plea in Abatement, and without waiving same, Defendant American Family Life Assurance Company of Columbus ("AFLAC"), files this disclosure of interested parties.

(1)   Plaintiff Dino X. Chavez

   Plaintiff's counsel:
   J. Arnold Aguilar
   Law Office of J. Arnold Aguilar
   Artemis Square, Suite H-2
   1200 Central Boulevard
   Brownsville, TX 78520
   956-504-1100
   956-504-1408 (fax)

(2)   Defendant
   American Family Life Assurance Company of Columbus

   Defendant's counsel:
   William B. Steele III
   Locke Liddell & Sapp LLP
   100 Congress Ave., Suite 300
   Austin, Texas 78701
   (512) 305-4700
   (512) 305-4800 (fax)

**Certificate of Disclosure – Page 1**

AFLAC is a wholly-owned subsidiary of a publicly-traded company, <u>AFLAC, Inc.</u>

Respectfully submitted,

By: _____
William B. Steele III
State Bar No. 19107400
Southern Dist. No. 8019
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701
512-305-4700
512-305-4800 (fax)

**ATTORNEYS FOR AMERICAN FAMILY LIFE ASSURANCE COMPANY OF COLUMBUS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served via first class U. S. Mail, on this 15th day of March, 2004 upon the following counsel of record:

J. Arnold Aguilar
Artemis Square, Suite H-2
1200 Central Boulevard
Brownsville, Texas 78520

_____
William B. Steele III