THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

HEARING ON DEFENDANT'S MOTION
TO DISQUALIFY COUNSEL
(Held telephonically-In Chambers)

CIVIL ACTION NO. B-04-042    DATE & TIME: 5/28/04 @ 9:00-9:10 a.m.
COUNSEL:

DINO X. CHAVEZ                    §    J. Arnold Aguilar

VS                                §

AFLAC                             §    William B. Steele, III

Courtroom Deputy: Irma Soto
Court Reporter:   Barbara Barnard

Case called on the docket. J. Arnold Aguilar appeared for Plaintiff. Buddy Steele appeared for Defendant. Parties appeared telephonically.

Court addresses Deft's Motion to Disqualify Counsel (DE #7) in this case and is DENIED.

Court not ruling on the arbitration issue at this time and instructs Mr. Aguilar to file a response to Deft's Motion and Brief to Stay Proceedings and Compel Arbitration (DE #6) within 10 days. Deft will have 7 days after that to file a reply to that response.

Court is adjourned.