## Civil Courtroom Minutes

| | |
|---|---|
| JUDGE | ANDREW S. HANEN |
| CASE MANAGER | Stella Cavazos |
| LAW CLERK | Christian Southwick |
| DATE | 06 / 18 / 04 |
| TIME | 9:32 a.m./p.m. — 10:45 a.m./p.m. |
| CIVIL ACTION | B / 04 / 42 |
| STYLE | DINO CHAVEZ *versus* AMERICAN FAMILY LIFE INSURANCE CO. |



United States District Court
Southern District of Texas
FILED

JUN 18 2004

Michael N. Milby, Clerk of Court

DOCKET ENTRY: ■ Initial Pretrial & Scheduling Conference    (Court Reporter: Barbara Barnard)

**Appearances:**   J. Arnold Aguilar for Plaintiff
William B. Steele, III for Defendant

Case called. The parties appeared through their respective counsel. Counsel argued their position on arbitration and 1981 claim. Plaintiff was the Regional Sales Coordinator for AFLAC and the contact person with BISD employees regarding their Cafeteria Plan. Discussion had. Court asked counsel to file (but not required) additional briefing by July 2, 2004; specifically, if the Federal Arbitration Act applies to employment agreement involving interstate commerce. The Court set the case for trial on the February, 2005 docket. Mr. Aguilar stated that a lot of discovery had been conducted on related case. Mr. Steele disagrees. The Court set out deadlines, as follows:

1. Estimated trial time: One (1) week – Jury Trial
2. New parties must be joined by:                                   8/6/2004
3. Plaintiff's experts will be named with a report furnished by:    9/3/2004
4. Defendant's experts must be named with a report furnished by:   10/15/2004
5. Discovery must be completed by:                                 12/31/2004
6. Dispositive motions will be filed by:                           11/12/2004
7. Joint Pretrial Order and non-dispositive motions are due:        1/14/2005
8. Docket Call and Final Pretrial Conference will be set for:       2/2005*
9. Jury Selection will be set for:                                  2/2005*

*The Case Manager will enter a scheduling order with the deadlines indicated to include the dates for docket call and jury selection once the jury schedule has been designated for 2005.

The Court will allow counsel to voir dire the jury. 12 jurors will be selected with a 10-2 verdict. The Court admonished counsel: If motions are filed by either side, the Court requires a response to be filed or else the motion will be granted. Court additionally requires, as provided by the rules, that a certificate of conference be included on any motion. Court to rule on Motion to Compel Arbitration.