UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-04-042 |
| | § | |
| AMERICAN FAMILY LIFE | § | |
| ASSURANCE COMPANY OF COLUMBUS, | § | |
| | § | |
| Defendant. | § | |

**DEFENDANT AFLAC'S MOTION FOR PROTECTIVE ORDER**

**TO THE HONORABLE JUDGE OF SAID COURT:**

NOW COMES Defendant American Family Life Assurance Company of Columbus ("AFLAC") and moves the Court for a Protective Order, seeking to postpone a deposition, and in support states as follows:

1. AFLAC moves for a Protective Order to postpone the deposition of a non-party, Judy Grimes. Her deposition was noticed by plaintiff Dino Chavez ("Chavez") to occur on Monday, July 12, 2004, in Austin, Texas. Defendant AFLAC did not receive this Notice of Deposition until Tuesday, June 29, 2004.

2. AFLAC moves to postpone the deposition because AFLAC has previously moved this Court to compel arbitration of this dispute, by Motion filed on April 29, 2004. The Court heard oral argument on AFLAC's Motion to Compel Arbitration on June 18, 2004. At that hearing, the Court allowed the parties to submit additional briefing on or before July 2, 2004, and also stated that it would rule on the Motion shortly after the July 2 briefing deadline.

3. Any discovery, including the deposition of Judy Grimes, should be postponed until after this Court has ruled upon AFLAC's Motion to Compel Arbitration. If the Court

compels arbitration, then discovery shall proceed under the auspices of the arbitrators. If arbitration is denied, then discovery may proceed in the pending action. In either event, plaintiff will not be prejudiced in any fashion by such an order. There is no immediate trial setting for which this deposition is necessary. In fact, if the Court declines to order arbitration, this case is not set for trial until February of 2005, and discovery may be taken until December 31, 2004, the discovery deadline.

4.  AFLAC has previously notified plaintiff that AFLAC opposes the taking of depositions prior to the Court's ruling on AFLAC's Motion to Compel Arbitration. That correspondence is attached hereto as Exhibit A. As noted therein, until AFLAC's Motion to Compel Arbitration is heard, any discovery in this action is premature.

WHEREFORE, PREMISES CONSIDERED, defendant AFLAC respectfully requests that the Court enter a protective order directing that the deposition of Judy Grimes not be taken on July 12, 2004, and that any and all discovery in this action, including any depositions, shall be stayed until the Court rules on AFLAC's Motion to Compel Arbitration, and for such other relief to which it may show itself to be justly entitled.

Respectfully submitted,

By: /s/ William B. Steele III
William B. Steele III
State Bar No. 19107400
Southern Dist. No. 8019
LOCKE LIDDELL & SAPP LLP
100 Congress, Suite 300
Austin, Texas 78701
512-305-4700
512-305-4800 (fax)

ATTORNEYS FOR AMERICAN FAMILY LIFE
ASSURANCE COMPANY OF COLUMBUS

## CERTIFICATE OF CONFERENCE

I, William B. Steele III, counsel of record for defendant AFLAC, hereby certify that I spoke with Arnold Aguilar, counsel for plaintiff, by telephone on June 29, 2004, regarding the relief requested in the foregoing Motion and was informed that he would oppose it.

_____
William B. Steele III


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was served via facsimile and U.S. mail, on this 30th day of June, 2004, upon counsel of record as follows:

>J. Arnold Aguilar
>Artemis Square, Suite H-2
>1200 Central Boulevard
>Brownsville, Texas 78520
>Fax: (956) 504-1408

_____
William B. Steele III

# LOCKE LIDDELL & SAPP LLP

ATTORNEYS & COUNSELORS

100 CONGRESS AVENUE
SUITE 300
AUSTIN, TEXAS 78701-4042

AUSTIN • DALLAS • HOUSTON • NEW ORLEANS

(512) 305-4700
FAX: (512) 305-4800
www.lockeliddell.com

June 21, 2004

Mr. J. Arnold Aguilar
1200 Central Blvd.
Artemis Square, Suite H-2
Brownsville, TX 78520

*Via facsimile and U.S. Mail*

Re: C. A. No. B-04-042; *Dino X. Chavez v. American Family Life Assurance Company of Columbus*

Dear Arnold:

Your letter of June 18 arrived while I was *en route* to Austin from our hearing on Friday morning. As to your request for dates to take depositions, which you apparently believe must be conducted by July 16 because of my supposed concern about conducting all of the discovery in time, let me lay your concerns to rest. As I have told you in the past, because we believe this matter should go to arbitration, we also believe that any discovery should be conducted under the auspices of the arbitration panel. Because Judge Hanen said that he expects to rule on our Motion to Compel Arbitration soon after the latest round of briefs are submitted on July 2, I anticipate a ruling on that matter by July 16, 2004. I am confident that there will be ample time to conduct discovery after July 16, whether it occurs in the arbitration forum or in federal court. Accordingly, please be advised that we will oppose any discovery in this matter until after a ruling by Judge Hanen on our Motion to Compel Arbitration.

Very truly yours,

William B. Steele III

WBS/glp
Enclosure

cc: Mr. Jeff Willis *(via facsimile)*

04055:00005:AUSTIN:281384.2

# EXHIBIT A

*Writer's Direct Dial No.: 512-305-4734*

*Writer's e-mail: wsteele@lockeliddell.com*

# LAW OFFICE
# J. ARNOLD AGUILAR

J. ARNOLD AGUILAR
Board Certified - Personal Injury Trial Law
Texas Board of Legal Specialization

Board Certified - Civil Trial Law Advocate
National Board of Trial Advocacy

June 18, 2004

(956) 504-1100
Fax: (956) 504-1408
e-mail:aguilarlaw@aol.com

*via FACSIMILE (512) 391-4734*
Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701

Re:   Civil Action No. B-04-042
      Dino X. Chavez vs. AFLAC
      USDC - Brownsville Division
      Our File No. 305-03

Dear Buddy:

As I mentioned in my letters to you of April 13 and 19, 2004, I would like to conduct one or two depositions on issues relative this case. Although I had previously requested dates for those depositions, you never provided me with any, so as a I courtesy I did not proceed. As you mentioned during the hearing before Judge Hanen today, you still have quite a bit of discovery to do and there may be concerns about conducting all the discovery in time. We would therefore once again request dates on which you are available for depositions between now and July 16, 2004. For now, I am only seeking one day to take depositions in Austin, so I would ask that either you or your secretary let me know by Tuesday, June 22nd, dates on which you are available prior to July 16th. If I have not heard from you by then, I will simply notice the depositions and proceed accordingly.

I look forward to hearing from you soon.

Very truly yours,

**LAW OFFICE
J. ARNOLD AGUILAR**

By: _____
     J. Arnold Aguilar

JAA.fp

Artemis Square, Suite H-2  •  1200 Central Blvd.  •  Brownsville, Texas 78520