IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 2 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | |
| VS. | § | CIVIL NO. B-04-042 |
| | § | |
| AMERICAN FAMILY LIFE | § | |
| ASSURANCE COMPANY OF COLUMBUS | § | |

# ORDER

On the 1st day of July, 2004, Defendant American Family Life Assurance Company of Columbus filed its Motion for Protective Order, and the court hereby finds the motion unmeritorious and denies it.

Signed this 2nd day of July, 2004.

Andrew S. Hanen
United States District Judge