United States District Court
Southern District of Texas
FILED

JUL 0 2 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DINO X. CHAVEZ | § | |
| | § | CIVIL ACTION NO. |
| VS. | § | |
| | § | B - 04 - 042 |
| AMERICAN FAMILY LIFE ASSURANCE | § | |
| COMPANY OF COLUMBUS (AFLAC) | § | |

## PLAINTIFF'S BRIEF IN OBJECTION TO ARBITRATION AS EXCEPTED BY 9 U.S.C. §1

TO THE HONORABLE U.S. DISTRICT COURT:

COMES NOW Plaintiff **DINO X. CHAVEZ**, and files this his Brief in Objection to Arbitration as excepted by 9 U.S.C. §1, and for such objection would respectfully show unto the Court the following:

Plaintiff had previously submitted his objection to Defendant's Motion to Compel Arbitration, explaining that §1981 actions do not "arise under" AFLAC's Associate's or RSC's agreements, that Reconstruction Era Civil Rights Act actions are not arbitrable, and that the arbitration clause itself is unconscionable, biased, and lacks mutuality. The Court has requested briefing on whether the Federal Arbitration Act also excludes arbitration of Plaintiff's claims, where 9 U.S.C. §1 provides that "nothing herein contained shall apply to contracts of employment of...workers engaged in...interstate commerce." Plaintiff would submit that the original intent and purpose of §1 was to include all contracts of employment, not simply contracts of workers engaged in the transportation industry, as explained by Justices Stevens and

Souter, and that Plaintiff's contracts should be excluded from arbitration for this reason as well. *See Circuit City Stores, Inc. v. Adams*, 532 U.S. 105, 124-40, 121 S.Ct. 1302, 1314-1322, 149 L.Ed.2d 234 (2001) (Stevens, J., & Souter, J., dissenting). For the reasons previously submitted, therefore, Plaintiff would respectfully request that Defendant's Motion to Compel Arbitration be DENIED.

WHEREFORE, PREMISES CONSIDERED, Plaintiff **DINO X. CHAVEZ** would respectfully request that upon consideration of Defendant's Motion to Compel Arbitration, that such motion be DENIED in its entirety, and that Plaintiff be granted such other and further relief to which he may show himself to be justly entitled, whether general or special, at law and in equity.

Signed on this the 2nd day of July, 2004.

          Respectfully submitted,

          **LAW OFFICE**
          **J. ARNOLD AGUILAR**
          Artemis Square, Suite H-2
          1200 Central Boulevard
          Brownsville, Texas 78520
          Telephone   : (956) 504-1100
          Facsimile    : (956) 504-1408

By: _____
      J. Arnold Aguilar
      State Bar No. 00936270
      Federal Adm. No. 6822

Attorney for Plaintiff,
DINO X. CHAVEZ

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **PLAINTIFF'S BRIEF IN OBJECTION TO ARBITRATION AS EXCEPTED BY 9 U.S.C. §1** has on this the 2nd day of July, 2004, been forwarded via certified mail, return receipt requested to:

Mr. William B. Steele, III
LOCKE, LIDDELL & SAPP, L.L.P.
100 Congress Avenue, Suite 300
Austin, TX  78701


_____
J. Arnold Aguilar