United States District Court
Southern District of Texas

JUL 0 9 2004

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U.S. DISTRICT JUDGE

IN-CHAMBERS CONFERENCE

CIVIL ACTION NO. B-04-CV-042          DATE & TIME: 7/6/04 11:40 -11:44 A.M

COUNSEL:

| DINO X. CHAVEZ | § | ARNOLD AGUILAR |
| | § | |
| VS | § | |
| | § | |
| AMERICAN FAMILY LIFE | § | WILLIAM B. STEELE |

Courtroom Deputy:  Rosy D'Venturi
Law Clerk:         Christian Southwick
Court Reporter:    Barbara Barnard
CSO:

Comments:
Case called. Telephonic conference held in chambers. Parties announced - Arnold Aguilar for Plaintiff and William Steele for Defendant. Plaintiff (Mr. Aguilar) informed the court of his interest to depose Judy Grimes. Deft. (William Steele) voices concerns with discovery and pending motion for arbitration.

Ruling:
Judge orally granted the deposition of Judy Grimes. Call ended - court adjourned.