United States District Court
Southern District of Texas
ENTERED
JUL 16 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

DINO X. CHAVEZ § 
 §
VS. § CIVIL ACTION NO. B-04-042
 §
AMERICAN FAMILY LIFE §
ASSURANCE COMPANY OF COLUMBUS §

## Scheduling Order***

1. Trial: Estimated time to try: __4__ days.  ☐ Bench  ■ Jury

2. New parties must be joined by:  August 6, 2004
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff's experts will be named with a report furnished by:  September 3, 2004

4. The defendant's experts must be named with a report furnished by:  October 15, 2004

5. Discovery must be completed by:  December 31, 2004
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court.*
   *No continuance will be granted because of information acquired in post-deadline discovery.*

6. Dispositive Motions will be filed by:  November 12, 2004

   Non-Dispositive Motions will be filed by:  January 14, 2005

************************ The court will provide these dates. ************************

7. Joint pretrial order is due:  January 14, 2005

   *The plaintiff is responsible for filing the pretrial order on time.*

8. Docket Call is set for 1:30 p.m. on:  February, 2005**

9. Jury Selection is set for 9:00 a.m. on:*  February, 2005**

*Counsel to do voir dire. Jury to be twelve (12) members (not including alternates) with ten (10) or more members required to reach a verdict.

**To be set by court at a later time.

***This Scheduling Order is subject to Defendant's motion to send this case to arbitration and will become effective only if that motion is denied.

Signed this 15th day of July, 2004.

_____
Andrew S. Hanen
United States District Judge

xc: **AL COUNSEL OF RECORD**