IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DINO X. CHAVEZ                          §
                                        §
VS.                                     §          CIVIL ACTION NO. B-04-042
                                        §
AMERICAN FAMILY LIFE                    §
INSURANCE COMPANY                       §

# ORDER

The above-referenced case is to administratively be closed, as the case has been stayed

pending arbitration.  That being the case, there is no controversy for this Court to resolve.

Signed this 8th day of March, 2007.

Andrew S. Hanen
United States District Judge